UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULO RAMOS DA SILVA FILHO,

                              Plaintiff,

              -against-

ALEJANDRO MAYORKAS, *et al.*,

                              Defendants.

25-CV-8864 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, District Judge:

 Plaintiff, who is proceeding *pro se*, has paid the filing fees to commence this action.

 The Clerk of Court is directed to issue summonses as to Defendants Alejandro Mayorkas, Ur M. Jaddou, Pam Bondi, the United States of America, and the U.S. Department of Homeland Security. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

 Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiffs filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

The Clerk of Court is directed to issues summonses as specified and to mail an

information package to Plaintiff.  Plaintiff may receive court documents by email by completing

a Consent to Electronic Service form.[2]

SO ORDERED.

Dated:  November 5, 2025
        New York, New York

_____
            J. PAUL OETKEN
        United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court
documents by regular mail.

2