UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULO RAMOS DA SILVA FILHO,

Plaintiff,

v.

ALEJANDRO MAYORKAS, *et al.*,

Defendants.

No. 25 Civ. 8864 (JPO)

**STIPULATION AND**

**ORDER OF DISMISSAL**

WHEREAS plaintiff Paulo Ramos da Silva Filho ("plaintiff") filed an application for naturalization ("Form N-400"), and more than 120 days has passed since his initial interview by U.S. Citizenship and Immigration Services ("USCIS") to determine his eligibility for naturalization, and

WHEREAS, the plaintiff seeks, in part, a hearing pursuant to 8 U.S.C. § 1447(b) asking the Court to adjudicate his Form N-400, and USCIS erroneously scheduled an oath ceremony, then de-scheduled that ceremony; now, therefore

IT IS STIPULATED AND AGREED, by and between the parties, that:

1. This action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Within 60 days of this Order, USCIS shall adjudicate the plaintiff's Form N-400.

3. Nothing in this Order shall preclude USCIS from taking other action such as (but not limited to) conducting further interviews, requesting evidence, collecting biometric data, or seeking any other information that USCIS deems relevant to plaintiff's eligibility for naturalization prior to his oath ceremony.

*[signature page follows]*

Dated: New York, New York
February 19, 2026

By: [signature]
PAULO RAMOS DA SILVA FILHO
515 West 36th Street
Apartment 26C
New York, New York 10018
Telephone: (786) 961-7846
*Pro Se Plaintiff*

Dated: New York, New York
February 19, 2026

JAY CLAYTON
United States Attorney

By: [signature]
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Telephone: (212) 637-2800
E-mail: janet.guyon@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

[signature]
J. PAUL OETKEN
United States District Judge

So ordered.

The Clerk of Court is
directed to close the case.

Date: Feb. 19. 2026